

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00068-CR

JACK H. MEYER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
Nacogdoches County, Texas
Trial Court No. CF1800519

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

# MEMORANDUM OPINION

After Jack H. Meyer admitted to a Nacogdoches County jury that he drove without a valid driver's license, the jury found him guilty of the misdemeanor offense and he was ordered to pay a $150.00 fine.[1] He appeals.

Meyer also appeals from his convictions for (1) driving with an expired registration in cause number 06-19-00066-CR and (2) failure to maintain financial responsibility in cause number 06-19-00067-CR. Meyer has filed a single brief in which he raises issues common to all his appeals. He argues that the trial court lacked jurisdiction and that Texas law does not apply to him because he is a sovereign citizen.

We addressed these issues in detail in our opinion of this date on Meyer's appeal in cause number 06-19-00066-CR. For the reasons stated therein, we likewise conclude that the trial court had subject-matter jurisdiction and that Meyer's sovereign citizen-related complaints are meritless.

We affirm the trial court's judgment.


Ralph K. Burgess
Justice

Date Submitted:     September 5, 2019
Date Decided:       September 11, 2019

Do Not Publish

---

[1]Originally appealed to the Twelfth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001. We are unaware of any conflict between precedent of the Twelfth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.